## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered: July 2, 2015        106291
                                                  106292
_____

THE PEOPLE OF THE STATE OF
   NEW YORK,
                Respondent,

       v                         MEMORANDUM AND ORDER

CHRISTOPHER J. TRAYES,
                Appellant.
_____

Calendar Date: May 5, 2015

Before: Lahtinen, J.P., Rose, Devine and Clark, JJ.

_____

Jay L. Wilber, Public Defender, Binghamton (Joshua J. Moldt of counsel), for appellant.

Gerald F. Mollen, District Attorney, Binghamton (Brian Leeds of counsel), for respondent.

_____

Appeals (1) from a judgment of the County Court of Broome County (Cawley, J.), rendered July 31, 2013, convicting defendant upon his plea of guilty of the crimes of aggravated unlicensed operation of a motor vehicle in the first degree and driving while intoxicated, and (2) from a judgment of said court, rendered July 31, 2013, which revoked defendant's probation and imposed a sentence of imprisonment.

Judgments affirmed. No opinion.

Lahtinen, J.P., Rose, Devine and Clark, JJ., concur.

ORDERED that the judgments are affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court